UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.         Criminal No. 07-cr-88-01/02-PB

<u>Anthony Carder,</u>
<u>Deborah Carder</u>

O R D E R

  I hereby recuse myself from this case and direct the clerk to assign it to another judge.

  SO ORDERED.


September 13, 2007          /s/ Paul Barbadoro
                Paul Barbadoro
                United States District Judge


cc:  William Morse, Esq.
    Steven Gordon, Esq.
    Michael Sheehan, Esq.
    U. S. Marshal
    U. S. Probation