UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                                       Case No. 07-cr-88-01,02-SM

Anthony Carder,
Deborah Carder

O R D E R

Defendant Deborah Carder's assented-to motion to continue the trial (document no. 20) is granted. Trial has been rescheduled for the February 2008 trial period. Defendants Carder shall file a Waiver of Speedy Trial Rights not later than January 3, 2008 . On the filing of such waivers, the continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation  taking into account

the exercise of due diligence under the circumstances.

    Final Pretrial Conference:  January 22, 2008 at 4:30 PM

    Jury Selection:  February 5, 2008 at 9:30 AM

    SO ORDERED.


December 21, 2007
                                 Steven J. McAuliffe
                                 Chief Judge

cc:  William Morse, Esq.
     Steven Gordon, Esq.
     William Christie, Esq.
     Michael Sheehan, Esq.
     U. S. Probation
     U. S. Marshal