UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


United States of America

      v.                              Case No. 07-cr-88-01,02-SM

Anthony Carder,
Deborah Carder


O R D E R


      Defendants Carder's assented-to motion to continue the trial (document no. 23) is granted. Trial has been rescheduled for the April 2008 trial period.  Defendants Carder shall file a Waiver of Speedy Trial Rights not later than February 4, 2008 .  On the filing of such waivers, the continuance shall be effective.

      The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation  taking into account

the exercise of due diligence under the circumstances.

 Final Pretrial Conference: March 17, 2008 at 11:30 AM

 Jury Selection: April 1, 2008 at 9:30 AM

 SO ORDERED.

January 28, 2008

            Steven J. McAuliffe
            Chief Judge

cc: William Morse, Esq.
   Steven Gordon, Esq.
   William Christie, Esq.
   Michael Sheehan, Esq.
   U. S. Probation
   U. S. Marshal